THOMAS C. ROONEY, JR., INDIVIDUALLY AND AS MAYOR OF THE CITY OF PATERSON, PLAINTIFF-APPELLANT, v. SYLVIA L. McEACHERN, CLERK OF THE CITY OF PATERSON, ELIZABETH VAN D. SMITH, SUPERINTENDENT OF ELECTIONS OF PASSAIC COUNTY, CITY OF PATERSON, A MUNICIPAL CORPORATION, LAWRENCE F. KRAMER, CYRIL YANNARELLI, MARION M. RAUSCHENBACH, SAMUEL HUGHES, RAMON CARRION, RALPH DIMARCANTONIO, ORABELL NICKELSON, NICHOLAS DELUCCIA, MICHAEL DELUCCIA, DOMINICK DEMARCO, ANTHONY ZIRROLLI, WILLIAM MASON, MARTIN I. BARNES, RAY CASSETTA, MANNY E. MORALES, AND FRANK X. GRAVES, JR., DEFENDANTS-RESPONDENTS, AND RICHARD FONTANELLA AND TERESA BJORNDAL, DEFENDANTS-APPELLANTS.

Argued June 3, 1974—Decided June 10, 1974.

*Mr. Sheldon A. Weiss* argued the cause for appellants Rooney and Bjorndal (*Messrs. Glauberman and Weiss,* attorneys).

*Mr. Alfred Fontanella* argued the cause for appellant Richard Fontanella (*Messrs. Fontanella, Shashaty, Leonard, Cozine and Harris,* attorneys).

*Mr. William Miller* argued the cause for respondent McEachern.

*Mr. Joseph L. Conn* argued the cause for respondent Kramer (*Messrs. Conn and Kluger,* attorneys).

*Mr. Dennis J. Cummins* argued the cause for respondent Mason.

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by Judge Joelson.

*For affirmance*—Justices JACOBS, HALL, MOUNTAIN, SULLIVAN, PASHMAN and CLIFFORD—6.

*For reversal*—None.